**Order entered June 27, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00918-CR

**AUGUSTINE PINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-51152-Q**

## ORDER

The Court **REINSTATES** the appeal.

On June 6, 2018, we denied appellant's third motion to extend the time to file his brief and we abated the appeal to allow the trial court to make findings regarding why appellant's brief was not timely filed. On June 25, 2018, appellant tendered his brief and an extension motion. In the interest of expediting the appeals, we **VACATE** the June 6, 2018 order to the extent it requires findings.

Appellant's June 25, 2018 motion to extend the time for filing appellant's brief is **GRANTED**. We **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
            JUSTICE